LAWRENCE G. LOSSING, SBN 042953
LOSSING & ELSTON
100 PINE STREET, SUITE 3110
SAN FRANCISCO, CALIFORNIA 94111
Telephone:  (415) 882-4200
Facsimile: (415) 882-4050
Email:  LGL@Lossing.com

Attorneys for Plaintiff
GREAT WEST CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY, | CASE NO. 1:06-CV-01326-OWW-SMS |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF HEARINGS ON RECIPROCAL MOTIONS FOR SUMMARY JUDGMENT AND ORDER THEREON** |
| v. | |
| GENERAL FIRE & CASUALTY COMPANY, | CURRENT SCHEDULED HEARING |
| Defendant. | DATE:      September 4, 2007 |
| | TIME:      10:00 a.m. |
| | DEPT:      Courtroom 3 |

The parties to the above-entitled action, by and through their respective counsel of record, do hereby stipulate that, and request that this Court order, the hearings on the parties' respective motions for summary judgment herein, originally scheduled for July 30, 2007, and rescheduled upon the Court's order of July 24, 2007, to September 4, 2007, be

/ / /   / / /

/ / /   / / /

/ / /   / / /

/ / /   / / /

/ / /   / / /

/ / /   / / /

1

STIPULATION FOR CONTINUANCE OF HEARINGS ON RECIPROCAL MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER THEREON

1  further continued to 10:00 a.m. on Monday, September 10, 2007, in Courtroom 3, of the above-

2  entitled Court.

3  DATED:  January ____, 2007.                    HARRINGTON, FOXX, DUBROW
                                                   & CANTER, LLP
4                                                  MARK W. FLORY

5

6                                                  By:_____

7                                                     MARK W. FLORY
                                                      Attorneys for Defendant
8                                                     GENERAL FIRE & CASUALTY
                                                      COMPANY

9

10  DATED:   August 1, 2007.

                                                   LOSSING & ELSTON
11

12                                                 By:_____

13                                                    LAWRENCE G. LOSSING
                                                      Attorneys for Plaintiff
14                                                    GREAT WEST CASUALTY COMPANY

15

16                                    **<u>ORDER</u>**

17          The parties to this action having so stipulated, and the Court being fully advised in the

18  premises,

19          NOW, THEREFORE, IT IS HEREBY ORDERED that the hearing upon the parties'

20  reciprocal motions for summary judgment herein, is hereby continued from September 4 to

21  September 10, 2007, at 10:00 a.m. in Courtroom 3 of this Court.

22  DATED:7/31/2007___.                    /s/ Oliver W. Wanger_____
                                           HONORABLE OLIVER W. WANGER
23                                         U.S. DISTRICT COURT JUDGE

24

25

26

                                          2

STIPULATION FOR CONTINUANCE OF HEARINGS ON RECIPROCAL MOTIONS FOR SUMMARY
JUDGMENT AND [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com