LAWRENCE G. LOSSING, SBN 042953
LOSSING & ELSTON
100 PINE STREET, SUITE 3110
SAN FRANCISCO, CALIFORNIA 94111
Telephone: (415) 882-4200
Facsimile: (415) 882-4050
Email: LGL@Lossing.com

Attorneys for Plaintiff
GREAT WEST CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL FIRE & CASUALTY COMPANY,<br><br>    Defendant. | CASE NO. 1:06-CV-01326-OWW-SMS<br><br>**STIPULATION AND PROPOSED**<br>**ORDER RE REVISED SCHEDULE** |

The parties to the above-entitled action, by and through their respective counsel of record, hereby stipulate to, and submit to the Court for its approval and adoption, the following proposed revised schedule for this action:

- Completion of all discovery, including percipient and expert-witness depositions: **April 11, 2008.**

- Hearing on parties' summary judgment motions with respect to California Insurance Code §11580.9(b) issues: **May 12, 2008.**

- Hearing on pending motions for summary judgment, previously set for hearing on September 10, 2007: **June 2, 2008.**

/ / /   / / /

- Nonjury trial (if necessary):  **July 1, 2008.**

DATED:  February ____, 2008.            HARRINGTON, FOXX, DUBROW
                                                                                                               & CANTER, LLP
                                                                                                               MARK W. FLORY


By: _____
      MARK W. FLORY
      Attorneys for Defendant
      GENERAL FIRE & CASUALTY
      COMPANY

DATED:   February _____, 2008.

       LOSSING & ELSTON

By: _____
      LAWRENCE G. LOSSING
      Attorneys for Plaintiff
      GREAT WEST CASUALTY COMPANY

    The schedule set forth in the foregoing stipulation is hereby adopted as the scheduling order of this Court.

DATED: February 15, 2008          /s/ OLIVER W. WANGER
                                          HONORABLE OLIVER W. WANGER
                                          U.S. DISTRICT COURT JUDGE

**STIPULATION AND PROPOSED ORDER RE REVISED SCHEDULE**

PDF created with pdfFactory trial version www.pdffactory.com