# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY <br><br> Plaintiff, <br><br> v. <br><br> GENERAL FIRE & CASUALTY COMPANY, <br><br> Defendants | CASE NO. 1:06-CV-01326-OWW-SMS <br><br> **ORDER RE: MOTIONS FOR SUMMARY JUDGMENT** <br><br> Hon. Oliver W. Wanger <br><br> Date: June 5, 2008 <br> Time: 12:00 p.m. <br> Courtroom: 2 <br><br> Trial Date: None |

On June 5, 2008, the following Motions for Summary Judgment came on for hearing before the Court:

1. Plaintiff GREAT WEST CASUALTY's ("GREAT WEST") Motion for Summary Judgement Re: Enforceability of "Vehicle Liability-Undeclared Driver" sub-limit;

2. Defendant GENERAL FIRE & CASUALTY COMPANY's ("GFC") Motion for Summary Judgement Re: Enforceability of "Vehicle Liability-Undeclared Driver" sub-limit ; and

     3.     Defendant GFC's Motion for Summary Judgment Re: Application of Insurance Code §11580.9(b)

In consideration of all of the evidence set forth and the papers submitted in support of and in opposition to the Motion and all inferences reasonably deducible therefrom as well as the argument of counsel, the Court makes the following rulings:

1. The "Vehicle Liability-Undeclared Driver" sub-limit in the GFC policy is "conspicuous, plain and clear" and is therefore enforceable;

2. The GFC policy only provides $50,000 in coverage to Juan Jose Mendez Cobian ("Mendez") with respect to the claims asserted in the action entitled *Jose Jesus Aviles Villalobos, et al. v. Juan Jose Mendez Cobian, et al.* (Fresno County Superior Court Action No. 05CECG03445MBS);

3. There is a triable issue of material fact as to whether OHK Transport, LLC "leased" or "rented" the subject trailer to Mendez under California Insurance Code §11580.9(b).

///
///
///
///
///
///
///
///
///

Pursuant to the foregoing, IT IS HEREBY ORDERED that:

1. GREAT WEST's Motion for Summary Judgment is **DENIED**.

2. GFC's Motion for Summary Judgment Re: Enforceability of "Vehicle Liability- Undeclared Driver" sub-limit is **GRANTED**.

3. GFC's Motion for Summary Judgment Re: Application of Insurance Code §11580.9(b) is **DENIED**.

DATED: October 20, 2008

/s/ OLIVER W. WANGER
OLIVER W. WANGER
Judge of the United States District Court