LAWRENCE G. LOSSING, SBN 042953
LOSSING & ELSTON
100 PINE STREET, SUITE 3110
SAN FRANCISCO, CALIFORNIA 94111
Telephone: (415) 882-4200
Facsimile: (415) 882-4050
Email: LGL@Lossing.com

Attorneys for Plaintiff
GREAT WEST CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>GENERAL FIRE & CASUALTY COMPANY,<br><br>        Defendant. | CASE NO. 1:06-CV-01326-OWW-SMS<br><br>**JUDGMENT UPON OFFER OF JUDGMENT AND ACCEPTANCE THEREOF**<br><br>[F.R.C.P. §68] |

Defendant GENERAL FIRE & CASUALTY COMPANY having made to plaintiff GREAT WEST CASUALTY COMPANY an offer of judgment in the above-entitled matter pursuant to the provisions of Federal Rule of Civil Procedure §68, and plaintiff GREAT WEST CASUALTY COMPANY having accepted that offer, the Clerk of this Court is hereby ordered to enter judgment as follows:

Judgment in favor of plaintiff GREAT WEST CASUALTY COMPANY and against defendant GENERAL FIRE & CASUALTY COMPANY in the sum of $50,000 (each party to bear its respective fees and costs), provided, however, that each of the parties to this action shall be deemed to have reserved its right to appeal all prejudgment rulings in this action, including but not limited to the District

Court's orders

 (1) granting summary judgment to defendant General Fire & Casualty Company generally with respect to the enforceability of the undeclared driver sub-limit of its policy;

 (2) denying summary judgment to plaintiff Great West Casualty Company generally with respect to the enforceability of the undeclared driver sub-limit of the General Fire & Casualty Company policy; and

 (3) denying summary judgment to defendant General Fire & Casualty Company generally with respect to the applicability of <u>Insurance Code</u> §11580.9(b) to the matters in controversy herein.

DATED: 8/18/2009 .

      /s/ OLIVER W. WANGER
      HONORABLE OLIVER W. WANGER
      United States District Court Judge